**Randolph COPES, Plaintiff–Appellant,**

v.

**Dr. CLEM, Employee of CMS; P.A. Jessica Cecil, Employee of CMS, Defendants–Appellees.**

**No. 13–6599.**

United States Court of Appeals, Fourth Circuit.

Submitted: Aug. 29, 2013.

Decided: Sept. 4, 2013.

Randolph Copes, Appellant Pro Se. Patricia H. Beall, Michelle Jacquelyn Marzullo, Marks, O'Neill, O'Brien, Doherty & Kelly, P.C., Towson, Maryland, for Appellee.

Before DUNCAN, AGEE, and KEENAN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Randolph Copes appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Copes v. Clem*, No. 1:12–cv–00441–JFM, 2013 WL 1010362 (D.Md. Mar. 13, 2013). We deny Copes' motion for appointment of counsel. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*